OAO91 (Rev. 12/03) Criminal Complaint

**ORIGINAL**

# UNITED STATES DISTRICT COURT

U. S. DISTRICT COURT
Eastern District of Louisiana

EASTERN DISTRICT OF LOUISIANA

FILED AUG - 3 2007

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA
V.
WILLIE A. CARTER AND SAMUEL CARTER

WHEREVER FOUND

**CRIMINAL COMPLAINT**

Case Number: 07-194 "MAG"

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 1, 2007__ in __ORLEANS PARISH__ County, in the __EASTERN__ District of __LOUISIANA__ defendant(s) did,

(Track Statutory Language of Offense)

knowingly possess firearms which had previously traveled in and affected interstate and/or foreign commerce, to wit: a loaded EAA, .38 caliber revolver, serial number 1540634 and Bushmaster rifle, Model XM15E2S, serial number L386436, each after having been convicted of a crime punishable by imprisonment for a term exceeding one year,

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__.

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following facts:

See Attached Affidavit:

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_signature_
Signature of Complainant

Ayesha R. Winston, Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 3, 2007                    at    NEW ORLEANS     LOUISIANA
Date                                        City              State

JOSEPH C. WILKINSON, JR.    U.S. Magistrate Judge
Name of Judge               Title of Judge

_signature_
Signature of Judge

__ Fee
✓ Process
X Dktd
__ CtRmDep
__ Doc. No.

# **A F F I D A V I T**

I, Ayesha R. Winston, being duly sworn, depose and state that:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since August of 2004. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training. Prior to joining ATF, I was a Special Investigator with the New York State Attorney General's Office Organized Crime Task Force for six years. Prior to joining the Organized Crime Task Force, I was a Confidential Investigator for the New York City Special Commisioner of Investigation for five years. My duties and responsibilities included investigating violations of state and federal statutes. As a result of my training and experience, I am familiar with federal laws, including Title 18, United States Code.

I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was obtained by me personally or has been provided to me by Special Agents from ATF, Detectives with the New Orleans Police Department (NOPD), the Louisiana Department of Probation and Parole, and the Louisiana State Police. As set forth below, I am conducting an investigation of illegal possession of firearms by two convicted felons, in violation of Title 18 U.S.C. §

922(g)(1). This affidavit is submitted for the purpose of seeking a Federal Complaint for SAMUEL CARTER (DOB 10/XX/1986; SSN NO. XXX-XX-0979) and WILLIE A. CARTER (DOB 4/XX/1980; SSN NO. XXX-XX-4913). This complaint is being sought for violations of Title 18 U.S.C. § 922(g)(1). I am not setting forth each and every fact known to me concerning this investigation, but am including what I believe are facts sufficient to establish probable cause for the complaint sought.

## FACTS ESTABLISHING PROBABLE CAUSE

1) On Tuesday, July 30, 2007, NOPD Detective Kevin Imbragulio applied for and obtained a state search warrant signed by Orleans Parish District Court Magistrate Gerard Hansen. The search warrant was issued for the residence located at 1732 Elysian Fields, New Orleans, Louisiana. Officers executed the search warrant on August 1, 2007 at or about 9:00AM.

2) After making entry into the shotgun style residence, the officers found the premises occupied by three persons: SAMUEL CARTER, WILLIE A. CARTER and a juvenile. SAMUEL CARTER and the juvenile were lying in the bed in the first bedroom of the residence. Detectives ordered the two males to show their hands. The juvenile complied and was detained. SAMUEL CARTER refused to comply, and as Detectives began to physically take him to the ground and off of the bed, he rolled onto a firearm, an EAA Model 3bb1 .38 caliber revolver, serial number 1540634. The EAA was loaded with six rounds of ammunition. SAMUEL CARTER was detained and the EAA was secured.

3)  In the second bedroom Detectives found the third individual, WILLIE A. CARTER, lying in bed. To the right of WILLIE A. CARTER was a Bushmaster rifle, Model XM15E25, serial number L386436, containing a fully loaded magazine duct-taped to a second magazine which was also fully loaded. Detectives ordered WILLIE A. CARTER out of the bed. WILLIE A. CARTER complied and was detained. A copy of the search warrant was provided to WILLIE A. CARTER. Also in the second bedroom searchers found crack cocaine, marijuana, a social security card in the name of "WILLIE CARTER" and letters addressed to "WILLIE CARTER."

4)  ATF SA Kip Goldsmith advised WILLIE A. CARTER of his rights under Miranda. WILLIE A. CARTER said the Burmaster rifle was his and that he had someone else purchased it for him at the gun show in Kenner, Louisiana. I advised SAMUEL CARTER of his rights under Miranda. SAMUEL CARTER admitted to knowing the EAA revolver was in the bed, but stated it was there when he got in the bed the night before.

5)  A check of the National Crime Information Center (NCIC) and court documents revealed that WILLIE A. CARTER pleaded guilty on August 31, 2001, to Possession of Crack Cocaine in Orleans Parish Criminal District Court, Case No. 424-297 "G". SAMUEL CARTER pleaded guilty on April 14, 2005, to Possession with the Intent to Distribute Marijuana in Orleans Parish Criminal District Court, Case No. 454-665 "F". Thus, both WILLIE A. CARTER and SAMUEL CARTER were convicted felons on August 1, 2007.

6) During the search investigators also found in the house at 1732 Elysian Fields over twenty (20) grams of crack cocaine, marijuana and three (3) additional firearms. Investigators also recovered over $5,000.00 in cash. Under the bed in the first bedroom investigators found Blue Knight body armor.

7) Based on my knowledge and experience, I know Bushmaster Rifles and EAA firearms are not manufactured in the state of Louisiana. Therefore, the firearms have affected interstate and/or foreign commerce.

8) Based on the above information, I submit that probable cause exists to conclude that both WILLIE A. CARTER and SAMUEL CARTER each knowingly possessed firearms that affected interstate commerce after having been convicted of crime punishable by more than one year imprisonment in violation of Title 18, United States Code, Section 922(g)(1).

_____
SPECIAL AGENT AYESHA R. WINSTON
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS & EXPLOSIVES

SUBSCRIBED AND SWORN to before me this ___ day of August 2007.

_____
HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE